Criminal case#3773

Kerry Felix 85995-054

I'm writing to United States district court on the behalf of my direct appeal Which my lawyer Should have Filed to my Knowlegde. I have not heard from the courts or my lawyer since our last visit at Mdc Brooklyn. I would like to know the Status of my direct appeal. I have tried to contact her/my lawyer but She has not respond. May I have a status of my appeal.

Kerry Felix 3/29/20