UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

KERRY FELIX,

                    Defendant.

No. 18-cr-373-4 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On April 6, 2020, the Court received a letter from defendant, dated March 29, 2020, inquiring into the status of defendant's appeal. (ECF No. 647.) IT IS HEREBY ORDRED THAT defendant's counsel shall file a letter by April 14, 2020, apprising defendant and the Court of the status of defendant's anticipated appeal, including whether and when counsel filed a notice of appeal.

SO ORDERED.

Dated:    April 7, 2020
              New York, New York

                                            RICHARD J. SULLIVAN
                                            UNITED STATES CIRCUIT JUDGE
                                            Sitting by Designation